IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BOBBY L. NELSON**                                                                                          **PETITIONER**

v.                                          Case No. 5:15-cv-00044 KGB-JTR

**WENDY KELLY, Director,**
Arkansas Department of Correction                                                           **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition filed by United States Magistrate Judge Tom Ray (Dkt. No. 10). The parties have not filed any objections, and the time to do so has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court grants petitioner Bobby Nelson's motion for voluntary dismissal (Dkt. No. 9) and denies respondent Wendy Kelly's motion to dismiss as moot (Dkt. No. 7). The petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1); the relief requested is denied.

So ordered this 29th day of February, 2016.

Kristine G. Baker
United States District Judge