IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBY L. NELSON                                                                                    PETITIONER

v.                                       Case No. 5:15-cv-00044 KGB-JTR

WENDY KELLY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 29th day of February, 2016.

_____
Kristine G. Baker
United States District Judge